■  In the Matter of STANLEY BARTOSIEWICZ, Appellant, v. RICHARD E. STANLEY, Respondent.— Special Term correctly determined that there was an

insufficient showing of actual damages to sustain a fine for the full amount of the judgment. It appears from the affidavit of the attorney for the judgment creditor that the actual value of the transferred property may be recoverable from the leviable interest in the 1961 automobile of the judgment debtor. Order affirmed, without costs. Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.